**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 NOV -2  AM 11: 35

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT E. JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 105-141 |
| | ) | |
| TYDUS MEADOWS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Indeed, following the Magistrate Judge's recommendation that this case be dismissed without prejudice so that Petitioner may pursue state remedies, Petitioner moved to voluntarily dismiss his petition. (Doc. no. 10). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court, Petitioner's motion to voluntarily dismiss his petition is **GRANTED,** this case is **DISMISSED** without prejudice, and the case is **CLOSED.**[1]

SO ORDERED this 2nd day of November, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Of course, all other pending motions are **DENIED.**

# United States District Court
## Southern District of Georgia

JACKSON  )

vs  )  CASE NUMBER  CV 105-141

MEADOWS  )  DIVISION  AUGUSTA

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 11/02/05, which is part of the official record of this case.

Date of Mailing:  11/02/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: /s/ Joe Howell
Joe Howell, Deputy Clerk

Name and Address

ROBERT E. JACKSON SERVED @ PRISON ADDRESS.

[ ] Copy placed in Minutes
[X] Copy given to Judge
[X] Copy given to Magistrate